IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARO B. GROSS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:21-cv-03145-E-BT |
| | § | |
| JOCELYN MICHELS STUFFLEBEAN | § | |
| et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 30, 2021, (ECF No. 7). The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court TRANSFERS this case to the Southern District of California and SANCTIONS Plaintiff to pay $455 to the Northern District of Texas. The Court further PROHIBITS Plaintiff from filing another *pro se* action in the Northern District of Texas until the sanction is paid.

**SO ORDERED:** February 10, 2022.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE

1